# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2010

Marilyn Kelly,
Chief Justice

140604

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILSHAUN KING,
      Defendant-Appellant.

SC: 140604
COA: 282533
Wayne CC: 06-013764-FC

_____/

      On order of the Court, the application for leave to appeal the January 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2010

0629

Clerk